UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-cv-80442-MIDDLEBROOKS

HELENE RAHAL,

    Plaintiff,

v.

MUSSEL BEACH RESTAURANT INC.,
MARK MEZZANCELLO,
PATRICIA MEZZANCELLO, and
DCB321 LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE AND RETAINING JURISDICTION

THIS CAUSE comes before the Court following calendar call held on January 17, 2018. The Parties entered into a written settlement agreement and assented to its terms in open court. Pursuant to the terms of the settlement, Plaintiff moved to dismiss the case with prejudice with the Court maintaining jurisdiction for 90 days in order to enforce the settlement if necessary. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the case is **DISMISSED with prejudice.** The Court retains jurisdiction for 90 days for the limited purpose of enforcing the Parties' settlement agreement. The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 17 day of January, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record